DAVIDOFF HUTCHER & CITRON LLP
*Proposed Attorneys for the Debtor*
605 Third Avenue
New York, New York 10158
(212) 557-7200
Robert L. Rattet, Esq.
Jonathan S. Pasternak, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                      Chapter 11

MADISON 33 PARTNERS, LLC,                     Case No. 24-22500 (PB)

                        Debtor.
------------------------------------------------------------x

### DECLARATION REGARDING PAYMENT OF
### THIRD-PARTY RETAINER

Yitzchak Tessler hereby declares, under penalties of perjury, as follows:

1.      I submit this Declaration in support of the application filed by the above-captioned Debtor relating to the retention of Davidoff Hutcher & Citron LLP ("DHC") as its attorneys, effective as of June 4, 2024.

2.      I am the owner of the Debtor's manager, Madison YT, LLC.

3.      In order to secure DHC's services to the Debtor in this Chapter 11 case, just prior to the filing of the case, I paid a third-party retainer in the amount of $25,000.00 to DHC toward fees, costs and expenses to be incurred in this Chapter 11 bankruptcy case (the "Retainer") and promised to pay DHC another $25,000.00 on or before July 1, 2024.

4.      I have been advised by DHC to consult with my own counsel; however, I have not retained independent legal counsel regarding the payment of the aforementioned Retainer to DHC.

5.      I understand that the undivided loyalty of DHC is to its client, the above-captioned Debtor.

6.      I also understand that DHC shall not render any services on behalf of myself or any equity holders.

7.      Further, I am not a creditor of the Debtor and do not have any intention of asserting a claim against the estate of the Debtor for funds advanced for legal fees in this case.

8.      I also do not owe the Debtor any monies.

9.      Based upon the foregoing, it is my belief that I do not have any adverse interest against the estate of the Debtor herein, or with any creditor or any other party in interest.

Dated: New York, New York
        June 14, 2024

*/s/ Yitzchak Tessler*
YITZCHAK TESSLER

2