| | |
|---|---|
| DAVIDOFF HUTCHER & CITRON LLP<br>*Proposed Attorneys for the Debtor*<br>605 Third Avenue<br>New York, New York 10158<br>(212) 557-7200<br>Robert L. Rattet, Esq.<br>Jonathan S. Pasternak, Esq. | *Presentment Date:* July 1, 2024<br>*Presentment Time:* 12:00 p.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| MADISON 33 PARTNERS, LLC, | Case No. 24-22500 (PB) |
| Debtor. | |

------------------------------------------------------------x

## NOTICE OF PRESENTMENT OF ORDER AUTHORIZING AND APPROVING EMPLOYMENT OF DAVIDOFF HUTCHER & CITRON LLP AS ATTORNEYS FOR THE DEBTOR, EFFECTIVE AS OF JUNE 4, 2024

**PLEASE TAKE NOTICE** that upon the annexed application (the "**Application**")[1] of Madison 33 Partners, LLC, the above-captioned debtor and debtor-in-possession (the "**Debtor**"), by its proposed attorneys, Davidoff Hutcher & Citron LLP, the proposed order authorizing the Debtor's employment of Davidoff Hutcher & Citron LLP as its attorneys, will be presented by the undersigned for approval and signature to the Honorable Philip Bentley, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green – Court Room 601, New York, New York 10004 on the 1st day of July, 2024 at 12:00 p.m. (the "**Presentment Date**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the Application must be made in writing, filed with the Court on the Court's Electronic Case Filing System, at www.ecf.nysb.uscourts.gov (login and password required), with a copy delivered

---

[1] Capitalized terms used herein not otherwise defined shall have the meaning ascribed to them in the Application.

directly to Chambers and served upon Davidoff Hutcher & Citron LLP, proposed attorneys for the Debtor, 120 Bloomingdale Road, Suite 100, White Plains, New York 10605, Attn: Jonathan S. Pasternak, Esq., so as to be received no later than three (3) days before the Presentment Date.

**PLEASE TAKE FURTHER NOTICE** that in the event that an objection is received, the Court may hold a hearing with respect to the signature of this order, and the undersigned will inform any party filing an objection as to the date and time of the hearing.

Dated: New York, New York
June 17, 2024

>DAVIDOFF HUTCHER & CITRON LLP
>*Proposed Attorneys for the Debtor*
>605 Third Avenue
>New York, New York 10158
>(212) 557-7200
>
>By: /s/ Jonathan S. Pasternak
>     Jonathan S. Pasternak