# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| IN RE: | CASE NO: 24-22500 |
|---|---|
| Madison 33 Partners LLC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 6/17/2024, I did cause a copy of the following documents, described below,

Notice of Presentment of Order Authorizing and Approving Employment of Davidoff Hutcher & Citron LLP as Attorneys for the Debtor

Application to Employ and Retain Davidoff Hutcher & Citron LLP as Attorneys for the Debtor

Exhibit A: Order Authorizing and Approving Employment of Davidoff Hutcher & Citron LLP as Attorneys for the Debtor (proposed)

Exhibit B: Declaration of Disinterestedness

Exhibit C: Declaration Regarding Payment of Third-Party Retainer

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/17/2024

/s/ Max C. DuVal, Esq.
Max C. DuVal, Esq.  5925674

Davidoff Hutcher & Citron LLP
120 Bloomingdale Rd., Suite 100
White Plains, NY  10605
212 557 7200
ms@dhclegal.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>Madison 33 Partners LLC | CASE NO: 24-22500<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 6/17/2024, a copy of the following documents, described below,

Notice of Presentment of Order Authorizing and Approving Employment of Davidoff Hutcher & Citron LLP as Attorneys for the Debtor

Application to Employ and Retain Davidoff Hutcher & Citron LLP as Attorneys for the Debtor

Exhibit A: Order Authorizing and Approving Employment of Davidoff Hutcher & Citron LLP as Attorneys for the Debtor (proposed)

Exhibit B: Declaration of Disinterestedness

Exhibit C: Declaration Regarding Payment of Third-Party Retainer

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/17/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Max C. DuVal, Esq.
Davidoff Hutcher & Citron LLP
120 Bloomingdale Rd., Suite 100
White Plains, NY  10605

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| 172 NB LLC<br>C/O BELKIN BURDEN GOLDMAN LLP<br>ONE GRAND CENTRAL PLACE<br>60 EAST 42ND STREET STE. 1620<br>NEW YORK NY 10165 | ARENTFOX SCHIFF LLP<br>233 SOUTH WACKER DRIVE STE. 7100<br>CHICAGO IL 60606 | FOX ROTHSCHILD LLP<br>919 NORTH MARKET STREET<br>WILMINGTON DE 19899 |
| GIBGOT WILLENBACHER CPA<br>310 EAST SHORE ROAD<br>GREAT NECK NY 11023 | GILSANZ MURRAY STEFICEK LLP<br>129 WEST 27TH ST. 5TH FL.<br>NEW YORK NY 10001 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P.O. BOX 7346<br>PHILDELPHIA PA 19101-7346 |
| NATALIA PIROGOVA<br>C/O LAW OFFICES OF VICTOR A. WORMS<br>48 WALL STREET STE. 1100<br>NEW YORK NY 10005 | NYS DEPT. OF TAXATION & FINANCE<br>ATTN: OFFICE OF COUNSEL BLDG. 9<br>W.A. HARRIMAN STATE CAMPUS<br>ALBANY NY 12227-1002 | OFFICE OF THE U.S. TRUSTEE<br>SOUTHERN DISTRICT OF NY<br>ONE BOWLING GREEN STE. 534<br>NEW YORK NY 10004-1408 |
| PALM AVENUE HIALEAH TRUST<br>C/O OFIT KURMAN P.A.<br>590 MADISON AVE. 6TH FL.<br>NEW YORK NY 10022 | PJSC NATIONAL BANK TRUST<br>C/O BARCLAY DAMON LLP<br>ATTN: CHARLES J. NERKO ESQ.<br>1270 AVENUE OF THE AMERICAS STE. 501<br>NEW YORK NY 10020 | WBB CONSTRUCTION<br>C/O TESSLER DEVELOPMENTS LLC<br>172 MADISON AVENUE #27A<br>NEW YORK NY 10016 |
| OFFIT KURMAN P.A.<br>ATTN: JASON A. NAGI ESQ.<br>590 MADISON AVENUE 6TH FL.<br>NEW YORK NY 10002 | OFFIT KURMAN P.A.<br>ATTN: KENNETH J. FLICKINGER ESQ.<br>COURT PLAZA SOUTH<br>21 MAIN STREET STE. 158<br>HACKENSACK NJ 07601 | |